■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PEDRO GUILLONT, Appellant, v WARDEN OF RIKERS ISLAND CORRECTIONAL FACILITY, Respondent, and NEW YORK STATE DIVISION OF PAROLE, Respondent. [841 NYS2d 877]—Appeal from order, Supreme Court, Bronx County (Seth L. Marvin, J.), entered July 28, 2005, which dismissed the petition for a writ of habeas corpus, unanimously dismissed as moot, without costs.

The appeal is moot in light of petitioner's release to parole supervision (*People ex rel. McGann v Ross*, 91 NY2d 865 [1997]; *People ex rel. Abreu v Warden of Rikers Is. Correctional Facility*, 37 AD3d 353 [2007], *lv denied* 8 NY3d 811 [2007]). Petitioner's arguments that the appeal is not moot are unavailing. Were we not dismissing the appeal, we would affirm. Concur—Mazzarelli, J.P., Saxe, Sullivan, Catterson and Kavanagh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN PEREZ, Appellant. [844 NYS2d 162]—Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered on or about June 16, 2005, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Saxe, Sullivan, Catterson and Kavanagh, JJ.